IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORETTA LYNN JEZBERA, | ) | 4:07CV3217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 3) is granted; accordingly, Plaintiff shall be allowed to proceed without payment of the filing fee.

September 7, 2007        BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge